IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIAN C. IBEAGWA,

    Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                            14-cv-369-bbc

INTERNAL REVENUE SERVICE,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Internal Revenue Service granting its motion for summary judgment and dismissing this case.

    /s/                                                                                      6/18/2015

    Peter Oppeneer, Clerk of Court                           Date